**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1756**

REGINA LEWIS,

            Plaintiff - Appellant,

      and

TRAVIS MCNICHOLS; LEONARD LEE; TONYA FOX; DAMEON TRENT,

            Plaintiffs,

      v.

DOLLAR TREE CORPORATE HEADQUARTERS; BALTIMORE COUNTY; BALTIMORE COUNTY POLICE DEPARTMENT; CATHERINE PUGH; CHIEF TERRANCE SHERIDANIN; MAJOR ANDRE DAVIS; MAJOR DENNIS BELP; MAJOR DANIEL KALISZAK; MAJOR JAY LANDSMAN; MAJOR JOHN MCGANN; MAJOR JAMES MONAHAN; MAJOR GORDON SKINNER; MAJOR WOODLAND WILSON; COLONEL DAVID FOLBERAUER; COLONEL ALEXANDER JONES; COLONEL ROBERT MCMCULLOUGH; COLONEL STEVE HIABACH; OFFICER SANDS; OFFICER WAUGH; OFFICER JOHN DOE; OFFICER JANE DOE,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:19-cv-01473-RDB)

Submitted:  November 21, 2019            Decided:  December 11, 2019

Before DIAZ, FLOYD, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Regina Lewis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Lewis appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2012) complaint for lack of standing and denying her motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Dollar Tree Corp. Headquarters*, No. 1:19-cv-01473-RDB (D. Md. June 14, 2019; July 8, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*